IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY ANNE MASLO, | § |
| | § |
| Plaintiff, | §  Civil Action No. 3:18-cv-02271-L-JLB |
| | § |
| v. | § |
| | § |
| OCWEN LOAN SERVICING, LLC, | § |
| | § |
| Defendant. | § |

## NOTICE OF SETTLEMENT

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41 (a) within sixty (60) days.

RESPECTFULLY SUBMITTED,

DATED: April 5, 2019

By: /s/ Amy L. Bennecoff Ginsburg
Amy L. Bennecoff Ginsburg, Esq.
Kimmel & Silverman, P.C.
30 E. Butler Avenue
Ambler, PA 19002
Tel: 215-540-8888
Fax: 215-540-8817
aginsburg@creditlaw.com

Attorney for the Plaintiff

## **CERTIFICATE OF SERVICE**

I, Amy L. Bennecoff Ginsburg, Esquire, do certify that I served a true and correct copy of the Notice of Settlement in the above-captioned matter, upon the following via CM/ECF system:

Gabriel Ozel, Esq.
Troutman Sanders LLP
11682 El Camino Real
Suite 400
San Diego, CA 92130
Phone: 858-509-6000
Fax: 858-509-6040
Email: gabriel.ozel@troutman.com

John Lynch, Esq.
Troutman Sanders LLP
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462
757-687-7500
Email: john.lynch@troutman.com
Attorneys for Defendant

Dated: April 5, 2019         By: /s/ Amy L. Bennecoff Ginsburg
                                 Amy L. Bennecoff Ginsburg, Esq.
                                 Kimmel & Silverman, P.C.
                                 30 E. Butler Avenue
                                 Ambler, PA 19002
                                 Tel: 215-540-8888
                                 Fax: 215-540-8817
                                 aginsburg@creditlaw.com