Amy L. Bennecoff (275805)
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Telephone: 215-540-8888
Facsimile: 215-540-8817
teamkimmel@creditlaw.com
Attorney for Plaintiff

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARY ANNE MASLO, §<br>§<br>Plaintiff, §<br>§<br>v. §<br>§<br>OCWEN LOAN SERVICING, LLC, §<br>§<br>Defendant. §<br>§<br>§<br>§ | **Civil Action No. 3:18-cv-02271-L-JLB**<br><br>**JOINT MOTION FOR DISMISSAL OF ACTION WITH PREJUDICE** |

TO THE CLERK:

Plaintiff, MARY ANNE MASLO (herein after "Plaintiff"), and Defendant, OCWEN LOAN SERVICING, LLC, (herein after "Defendant"), (all jointly hereinafter referred to as "The Parties") hereby move to dismiss the action with prejudice, and in support of this Motion hereby say:

1. Plaintiff accepted Defendant's settlement offer in this matter on April 5, 2019.

2. The Parties to the litigation have now entered into this Joint Motion.

3. Each party will bear its own attorney's fees and costs.

4. Plaintiff and Defendant, by and through their respective counsel, each represent to the Court that all action required pursuant to the settlement have been performed. The Parties agree that this Court can proceed to dismiss this action with prejudice.

WHEREFORE, Plaintiff and Defendant respectfully request that this court dismiss this action with prejudice.

| | |
|---|---|
| /s/ Beau Bryant | /S/ Amy L. Bennecoff Ginsburg |
| Beau Bryant, Esq. | Amy L. Bennecoff Ginsburg Esq. |
| Troutman Sanders LLP | Kimmel & Silverman, P.C. |
| 11682 El Camino Real | 30 East Butler Pike |
| Suite 400 | Ambler, PA 19002 |
| San Diego, CA 92130 | Phone: (215) 540-8888 |
| Phone: 858-509-6083 | Fax: (215) 540-8817 |
| Email: Beau.Bryant@troutman.com | Email: aginsburg@creditlaw.com |
| Attorney for the Defendant | Attorney for the Plaintiff |
| | |
| Date: August 7, 2019 | Date: August 7, 2019 |

## Signature Certification

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Beau Bryant, counsel for Defendant, and that I have obtained Counsel's authorization to affix his electronic signature to this document.

Dated: August 7, 2019              Kimmel & Silverman, P.C.

/s/ Amy L. Bennecoff Ginsburg
Amy L. Bennecoff Ginsburg
Attorney for Plaintiff

# CERTIFICATE OF SERVICE

I, Amy L. Bennecoff Ginsburg, Esquire, do certify that I served a true and correct copy of the foregoing document in the above-captioned matter, upon the following via CM/ECF system:

Beau Bryant, Esq.
Troutman Sanders LLP
11682 El Camino Real
Suite 400
San Diego, CA 92130
Phone: 858-509-6083
Email: Beau.Bryant@troutman.com
Attorney for the Defendant

DATED: August 7, 2019               /s/ Amy L. Bennecoff Ginsburg
                                    Amy L. Bennecoff Ginsburg Esq.
                                    Kimmel & Silverman, P.C.
                                    30 East Butler Pike
                                    Ambler, PA 19002
                                    Tel: 215-540-8888
                                    Fax: 215-540-8817
                                    Email: teamkimmel@creditlaw.com
                                    Attorney for Plaintiff