1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY ANNE MASLO, | Case No.: 3:18-cv-02271-L-JLB |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| OCWEN LOAN SERVICING, LLC, | |
| Defendant. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Joint Motion for Dismissal of Action with Prejudice is granted.  This action is dismissed with prejudice.  Each party will bear her or its own attorney's fees and costs.

**IT IS SO ORDERED.**

Dated:  August 8, 2019

_____
Hon. M. James Lorenz
United States District Judge